438 A.2d 644

Commonwealth v. Kotch, Appellant.

580

Argued September 8, 1980. William R. Mosolino, for appellant; Adam Bavolback, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.